## BENJAMIN DELAVAN *versus* WILLIAM WOODBRIDGE

JOURNAL ENTRIES (1823): *Journal 3:* (1) Dismissed *p. 397.
PAPERS IN FILE: (1) Precipe for habeas corpus.
*1822–23 Calendar*, MS p. 127.

## JOSEPH W. MOULTON *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1823–30): *Journal 3:* (1) Bail waived, appearance *p.
397. *Journal 4:* (2) Motion for judgment MS p. 21; (3) continued MS
p. 93; (4) continued MS p. 228; (5) continued MS p. 278; (6) continued
MS p. 321; (7) discontinued MS p. 359; (8) motion for judgment for
costs MS p. 362; (9) judgment for costs MS p. 364.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus
and return; (3) declaration; (4) plea of non assumpsit, notice of demand
for bill of particulars; (5) motion for judgment for costs; (6) precipe for
execution fi. fa.; (7) writ of fi. fa. and return.
*1822–23 Calendar*, MS p. 128.